# Court of Appeals
# of the State of Georgia

ATLANTA, August 15, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0012. STATE OF GEORGIA v. JIGNESHKUMAR PATEL et al.**

After the State commenced civil forfeiture proceedings, claimant Jigneshkumar Patel filed a motion to dismiss. On June 24, 2019, the trial court entered an order dismissing the complaint. The State filed both an application for interlocutory appeal and this application for discretionary appeal. We granted the interlocutory application. See Case No. A19I0284, granted Aug. 7, 2019. Because this application for discretionary appeal is duplicative, it is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/15/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*